UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:13-cv-1609-Orl-31DAB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEROME V. HENNIGAN,

        Defendant.

## MOTION TO COMPEL

Comes Now, Plaintiff, United States of America by and through its undersigned counsel and files this Motion to Compel and states as follows:

1. Plaintiff issued its First Request for Production to Defendant on April 14, 2014 setting a deadline of 30 days to respond by providing legible copies of the documents listed on the schedule, including:

    1. Any documents evidencing payment of the subject student loan

    2. Correspondence regarding the subject student loan

    3. Records of any telephone communications with the Department of Education or any collection agency.

    4. Copies of any payments or bank statements evidencing payments that you personally made regarding the subject student loan.

    5. Any forms, account histories, applications, and any other documents regarding the subject student loan.

6. All documents relating to HEMAR Insurance Corporation of America v. Jerome Hennigan, Orange County Case # 1991-CC-8458, including pleadings, correspondence, and any documents you filed.

7. All documents relating to HEMAR Insurance Corporation of America v. Jerome Hennigan, Orange County Circuit Case #ICI1991-9166, including pleadings, correspondence, and any documents you filed.

8. All documents in support of, or relating to, your affirmative defenses.

9. Your entire file regarding the subject student loan.

10. Any other documents you have regarding the subject student loan.

2. The time allotted by Plaintiff for Defendant to respond has passed.

3. On June 10, 2014, Plaintiff e-mailed Defendant in an attempt to determine whether his responses were going to be sent. Defendant did not respond.

4. Plaintiff requires the answers to these requests in order to investigate the claim made by Defendant that this case was previously litigated.

5. Due to Defendant's refusal to cooperate, Plaintiff is unable to move forward with the case without the necessary information.

WHEREFORE, Plaintiff, United States of America, respectfully requests this Court enter an Order Directing Defendant to respond to Plaintiff's First Request for Production, and awarding such other relief as the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY in accordance with Rule 3.01(g) that prior to filing this motion Plaintiff attempted to confer with Pro Se Defendant. The matter of the Request for Production remains unresolved as Defendant will not respond..

_____
Steven M. Davis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct has been furnished this 20th day of June, 2014 to Jerome V. Hennigan via Regular U.S. Mail at 7744 Country Run Parkway, Orlando, FL 32818, and via e-mail at the address of Jvhennigan@gmail.com.

By: _____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
*Attorneys for Plaintiff United States of America*