# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                    **Case No:   6:13-cv-1609-Orl-31DAB**

**JEROME V. HENNIGAN,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Motion for Summary Judgment (Doc. No. 32), filed by Plaintiff on September 11, 2014.

On April 6, 2015, the United States Magistrate Judge issued an amended report (Doc. No. 59) recommending that the motion be granted. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Summary Judgment is **GRANTED**.   Final judgment will be separately entered.

3. The Clerk is directed to terminate the Report and Recommendation entered at Doc. 40 as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 30, 2015.

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party